UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 12-8300-JFW (PLA)                                    Date June 13, 2013

Title:  Lionel Lourawls Woods v. Ron Barnes, Warden

---

PRESENT: THE HONORABLE     PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:         ATTORNEYS PRESENT FOR RESPONDENTS:
            NONE                                                              NONE

**PROCEEDINGS:**     ( IN CHAMBERS)

Pursuant to this Court's Order of April 9, 2013, petitioner was ordered to file a Status Report no later than June 10, 2013.  To date, the Status Report has not been filed with the Court.  Accordingly, **no later than June 27, 2013, petitioner is ordered to show cause** why the stay in this action should not be lifted.  Filing of the Status Report by petitioner on or before **June 27, 2013**, shall be deemed compliance with this Order to Show Cause.


cc:     Kiana Bonnelle Sloan-Hillier, Esq.
        Kim Aarons, CAAG


Initials of Deputy Clerk     ch

---

CV-90 (10/98)                              CIVIL  MINUTES  -  GENERAL