**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LIONEL LOURAWLS WOODS, | ) | NO. CV 12-8300-JFW (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RON BARNES, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

DATED: November 8, 2017.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE